FILED IN OPEN COURT
ON 2/18/16 JRP
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-44-1BO(3)

IN RE: )
)  ORDER TO SEAL INDICTMENT
SIX-COUNT INDICTMENT )
OF FEBRUARY 17, 2016 )

Upon motion of the United States, it is hereby ORDERED that the Indictment in the above-captioned case, returned by the Federal Grand Jury on February 17, 2016, be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal the Indictment for the purposes of issuing an arrest warrant for the defendant and to provide copies of the Indictment to the United States Attorney, United States Department of State, and Homeland Security Investigations.

It is FURTHER ORDERED that the Clerk unseal and publish the captioned Indictment when the defendant is apprehended or upon motion of the United States Attorney, whichever event occurs first.

This, the 18th day of February, 2016.

_____
UNITED STATES MAGISTRATE JUDGE